**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED OF OMAHA LIFE INSURANCE COMPANY****PLAINTIFF**

**V.****CIVIL ACTION NO.:  2:21-CV-00017-KS-MTP**

**THERESA A. WALLACE, MICAH D. STORY
AND HARTMAN-JONES FUNERAL HOME, LLC****DEFENDANTS**

**UNOPPOSED MOTION FOR ENTRY OF AGREED JUDGMENT
OF DISMISSAL WITH PREJUDICE AND DISCHARGE OF
<u>UNITED OF OMAHA INSURANCE COMPANY</u>**

United of Omaha Life Insurance Company ("United") moves for the entry of an Agreed Judgment of Dismissal with Prejudice and Discharge of United Omaha Life Insurance Company as follows.

1. Effective December 19, 2015, Plaintiff United of Omaha Life Insurance Company ("United") issued a $250,000 term life insurance policy to Michael E. Wallace, Policy Number BU1698709, who later passed away on or about November 21, 2020.

2. United received competing claims by Theresa A. Wallace, his former spouse, and by Micah D. Story, his daughter.  Additionally, on November 22, 2020, Mrs. Story executed a Power of Attorney and Assignment through which she assigned to Hartman-Jones Funeral Home, LLC, the amount of $9,131.00 of benefits payable under the Policy for funeral expense of Michael E. Wallace.

3. On February 21, 2021, United filed its Complaint for Interpleader in this Court because it was justifiably uncertain as to who was legally entitled to the payment of Policy benefits and could not pay the Policy benefits without hazard to itself.

4. The parties have reached an agreement with regard to the distribution of Policy benefits, without the necessity of depositing those funds into the registry of the Court, and in

exchange for payment under said agreement will release their claims to additional Policy benefits.

5. The parties have agreed that United will be permitted to retain from the Policy benefits the sum of $2,400 for reasonable attorney's fees and costs incurred with regard to the filing of this proceeding.

6. The parties have agreed that the remainder of the benefits under the Policy ($247,600), plus accrued interest, will be paid directly by United as follows:

    a. Hartman-Jones Funeral Home, LLC, shall receive the sum of $9,131.

    b. Theresa Wallace shall receive the sum of $48,800, plus 20 percent of any accrued interest;

    c. The remaining benefits, plus interest, shall be paid to the trust account of Jenna D. Holmes, Esq., to be disbursed in accordance with the agreement reached between Wallace and Story.

7. Accordingly, the parties have submitted an Agreed Judgment of Dismissal with Prejudice and Discharge of United Omaha Life Insurance Company to the Court. As set forth therein, the parties request that this Court enter an order granting the following relief:

    1. Upon payment of the proceeds as set forth in paragraph 6, United is discharged from any further liability to the Defendants, which in any manner may arise under the Policy;

    2. Defendants and their agents, attorneys, successors, personal representatives, heirs, devisees, legatee, and assigns are hereby enjoined and restrained from asserting, instituting or prosecuting any and all demands, claims, actions or causes of actions against United, its agents, officers, trustees, employees, representatives, attorneys, successors, and assigns with regard to, pertaining to or in manner relating to or arising out of the subject life insurance policy and the funds related herein.

3. Any parties, named or unnamed, are enjoined from initiating any action against the Defendants regarding the term life insurance benefits under the Policy; and

4. This proceeding shall be dismissed with prejudice, with each party to bear his, her or its own costs.

This, the 25th day of March, 2021.

    Respectfully submitted,

    **UNITED OF OMAHA LIFE INSURANCE COMPANY**

    By: *s/Kevin A. Rogers*
        Kelly D. Simpkins (MSB # 9028)
        Kevin A. Rogers (MSB # 101230)

**OF COUNSEL:**

**WELLS MARBLE & HURST, PLLC**
Kelly D. Simpkins
Kevin A. Rogers
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone:   (601) 605-6900
Facsimile:    (601) 605-6901
ksimpkins@wellsmar.com
krogers@wellsmar.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Jenna D. Holmes
105 A. Ball Avenue
Tylertown, MS 39667

**Attorney for Micah D. Story**

Edwin L. Bean
P.O. Box 1322
McComb, MS 39649

**Attorney for Theresa Wallace**

I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participant:

Hartman-Jones Funeral Home, LLC
1801 Delaware Ave.
McComb, MS  39648

**Authorized Representative of Hartman-Jones Funeral Home, LLC**


This the 25th day of March, 2021.

*s/Kevin A. Rogers*
Kevin A. Rogers
