IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED OF OMAHA LIFE INSURANCE COMPANY PLAINTIFF

V. CIVIL ACTION NO.: 2:21-CV-00017-KS-MTP

THERESA A. WALLACE, MICAH D. STORY
AND HARTMAN-JONES FUNERAL HOME, LLC DEFENDANTS

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE AND DISCHARGE OF UNITED OF OMAHA LIFE INSURANCE COMPANY**

This cause came on for hearing on the motion by the parties to dismiss this proceeding, with prejudice, and to discharge any claims against United of Omaha Life Insurance Company, and the Court, being fully advised that all of the parties are in agreement to the terms set forth herein, and otherwise being fully advised on the premises, finds as follows:

1. Effective December 19, 2015, Plaintiff United of Omaha Life Insurance Company ("United") issued a $250,000 term life insurance policy to Michael E. Wallace, Policy Number BU1698709, who later passed away on or about November 21, 2020.

2. United received competing claims by Theresa A. Wallace, his former spouse, and by Micah D. Story, his daughter. Additionally, on November 22, 2020, Mrs. Story executed a Power of Attorney and Assignment through which she assigned to Hartman-Jones Funeral Home, LLC, the amount of $9,131.00 of benefits payable under the Policy for funeral expenses of Michael E. Wallace.

3. On February 21, 2021, United filed its Complaint for Interpleader in this Court because it was justifiably uncertain as to who was legally entitled to the payment of Policy benefits and could not pay the Policy benefits without hazard to itself.

4. The parties have reached an agreement with regard to the distribution of Policy benefits, without the necessity of depositing those funds into the registry of the Court, and in exchange for payment under said agreement will release their claims to additional Policy benefits.

5. The parties have agreed that United will be permitted to retain from the Policy benefits the sum of $2,400 for reasonable attorney's fees and costs incurred with regard to the filing of this proceeding.

6. The parties have agreed that the remainder of the benefits under the Policy ($247,600), plus accrued interest, will be paid directly by United as follows:

a. Hartman-Jones Funeral Home, LLC, shall receive the sum of $9,131.

b. Theresa Wallace shall receive the sum of $48,800, plus 20 percent of any accrued interest;

c. The remaining benefits, plus interest, shall be paid to the trust account of Jenna D. Holmes, Esq., to be disbursed in accordance with the agreement reached between Wallace and Story.

Accordingly, pursuant to the foregoing findings and the agreement of the parties, this Court orders as follows:

1. Upon payment of the proceeds as set forth in paragraph 6, United is discharged from any further liability to the Defendants, which in any manner may arise under the Policy;

2. Defendants and their agents, attorneys, successors, personal representatives, heirs, devisees, legatee, and assigns are hereby enjoined and restrained from asserting, instituting or prosecuting any and all demands, claims, actions or causes of actions against United, its agents, officers, trustees, employees, representatives, attorneys, successors, and assigns with regard to, pertaining to or in manner relating to or arising out of the subject life insurance policy and the funds related herein.

3. Any parties, named or unnamed, are enjoined from initiating any action against the Defendants regarding the term life insurance benefits under the Policy; and

4. This proceeding shall be dismissed with prejudice, with each party to bear his, her or its own costs.

SO ORDERED AND ADJUDGED, this the 25th day of March, 2021.

UNITED STATES DISTRICT JUDGE

AGREED:

By:
Kelly D. Simpkins (MB #9028)
Kevin A. Rogers (MB # 101230)
WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, MS 39157
Telephone: (601) 605-6900
ksimpkins@wellsmar.com
krogers@wellsmar.com

**Attorneys for United of Omaha Life Insurance Company**

By:
Jenna D. Holmes (MB #104274)
105 A. Ball Avenue
Tylertown, MS 39667
Telephone: (601) 827-5034
attnyjdholmes@gmail.com

**Attorney for Micah D. Story**

By:
Edwin L. Bean (MB #2242)
P.O. Box 1322-39649
729 Delaware Ave. 39648
McComb, Mississippi
Telephone: (601) 684-7780
ebean@edwinlbean.com

**Attorney for Theresa Wallace**

By: see below

Hartman-Jones Funeral Home, LLC
1801 Delaware Ave,
McComb, MS 39648
Telephone: (601) 684-3811

**Authorized Representative of Hartman-Jones Funeral Home, LLC**

STATE OF MISSISSIPPI

COUNTY OF PIKE

Personally appeared before, the undersigned authority in and for said state and county, on this the 24 day of March, 2021, within my jurisdiction, ~~Wendy Etheridge~~ Jason Jones, who is a Representative for Hartman-Jones Funeral Home, LLC, and who after being by me duly sworn, on his/her oath, deposed and stated that he/she is authorized to sign this Agreed Judgment and that Hartman-Jones Funeral Home, LLC, agrees to the terms set forth therein.

Sworn to and subscribed before me, this the 24 day of March, 2021.

Wendy Etheridge
Notary Public

My Commission Expires:

STATE OF MISSISSIPPI NOTARY PUBLIC ID # 82942 WENDY ETHERIDGE Commission Expires Oct. 5, 2022 PIKE COUNTY

#277897-v1A